1

2

3

4

5

6

7

8 UNITED STATES DISTRICT COURT

9 CENTRAL DISTRICT OF CALIFORNIA

10 WESTERN DIVISION

11

12 AUTO   CLUB   INSURANCE ) Case No.  CV 09-05368 CAS (AGRx)
ASSOCIATION,                         )
13                                             )
                    Plaintiff,          )
14                                             )   **JUDGMENT**
vs.                                      )
15                                             )
PROGRESSIVE   WEST   INSURANCE )
16 COMPANY; and  DOES  1  through  10, )
inclusive,                               )
17                                             )
                    Defendants.       )
18 ─────────────────────────── )
19                                             )
                                             )
20                                             )
                                             )
21                                             )
                                             )
22

23

24

25      NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED, for

26 reasons set forth in this Court's Order of September 13, 2010, granting summary

27 judgment in favor of defendant Progressive West Insurance Company, that:

28

S:\CAS\Law Clerks\Jessica\Civil Orders\09-5368 auto club judgment.wpd

1.  Plaintiff, Auto Club Insurance Association, take nothing by its complaint against Defendant, Progressive West Insurance Company;

2.  Defendant, Progressive West Insurance Company, is entitled to judgment in its favor and against Plaintiff, Auto Club Insurance Association;

3.  Defendant, Progressive West Insurance Company, is entitled to recover its costs of suit.

IT IS SO ORDERED.

Dated:      October 5, 2010

CHRISTINA A. SNYDER
United States District Judge